1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division                          **FILED**

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys                 APR 3   2009
5
      450 Golden Gate Avenue, Box 36055                    RICHARD W. WIEKING
6     San Francisco, California 94102                  CLERK, U.S. DISTRICT COURT
      Telephone: (415) 436-7241                    NORTHERN DISTRICT OF CALIFORNIA
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8                                            **☐ ORIGINAL**
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )    CR 08-0911 MHP
14                                     )
                                       )
15            Plaintiff,               )    **STIPULATION AND {PROPOSED}**
                                       )    **ORDER EXCLUDING TIME**
16      v.                             )
                                       )
17   DEON DOGAN,                       )
                                       )
18            Defendant.               )
19   _____)

20

21        On April 2, 2009, the parties in this case appeared before the Court for identification of

22   counsel and a detention hearing. The parties stipulated and the Court agreed that time should be

23   excluded from the Speedy Trial Act calculations from April 2, 2009, through April 6, 2009, for

24   effective preparation of defense counsel. The parties represented that granting the continuance

25   would allow the reasonable time necessary for effective preparation of defense counsel, taking

26   into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also

27   agreed that the ends of justice served by granting such a continuance outweighed the best

28   //

   STIP. & [PROPOSED] ORDER EXCLUDING TIME
   CASE NO. CR 08-0911 MHP

1  interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
4
                                                   /s/
5  DATED: _____
                                                   OWEN P. MARTIKAN
6                                                  Assistant United States Attorney

7
                                                   /s/
8  DATED: _____
                                                   RONALD C. TYLER
9                                                  Attorney for Deon Dogan

10

11                              **[PROPOSED] ORDER**

12         As the Court found on April 2, 2009, and for the reasons stated above, an exclusion of

13  time from April 2, 2009, through April 6, 2009, is warranted because the ends of justice served

14  by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

15  *See* 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny

16  defense counsel the reasonable time necessary for effective preparation, taking into account the

17  exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

18  §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21

22  DATED: 3/6m 09

23                                                 HON. BERNARD ZIMMERMAN
                                                   United States Magistrate Judge
24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 08-0911 MHP