JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0911 MHP |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| ) | |
| DEON DOGAN, ) | |
| ) | |
| Defendant. ) | |

    On June 8, 2009, the parties in this case appeared before the Court for identification of counsel and a detention hearing. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from June 8, 2009, through June 29, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 08-0911 MHP

1 | interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

2 | SO STIPULATED:

3 |                                     JOSEPH P. RUSSONIELLO
United States Attorney

5 | DATED: June 10, 2009            /s/

                                   OWEN P. MARTIKAN
Assistant United States Attorney

8 | DATED: June 10. 2009            /s/

                                   RONALD C. TYLER
Attorney for Deon Dogan

### ~~[PROPOSED]~~ ORDER

As the Court found on June 8, 2009, and for the reasons stated above, an exclusion of time from June 8, 2009, through June 29, 2009, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: June 12, 2009

IT IS SO ORDERED
*[signature]*
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 08-0911 MHP