IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>DEON DOGAN,<br>　　　　　Defendant. | No. CR 08-0911 CRB<br><br>[PROPOSED] RELEASE ORDER |

　　The defendant Deon Dogan appeared before the Court on today's date on allegations of violations of supervised release. The Court released Mr. Dogan to the custody of a Residential Reentry Center ("halfway house.") All previous terms and conditions of supervised release continue to apply.

　　The United States Marshal is directed to release the defendant immediately.

　　Upon release, Mr. Dogan is ordered to immediately report to the Taylor Street Residential Reentry Center at 111 Taylor Street, San Francisco.

　　IT IS SO ORDERED.

Jan 6, 2014
DATED

ELIZABETH D. LAPORTE
Chief United States Magistrate Judge

*Dogan*, CR 08-0911 CRB
RELEASE ORDER